IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CARLOS ALBERTO GONZALEZ RIVERA

XXX-XX-0072

Debtor

CASE NO. 08-02016 SEK

Chapter 12

**FILED & ENTERED ON 03/08/2011**

O R D E R

For the reasons stated in the Trustee's Motion to Dismiss filed on 12/17/2010 this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 8 day of March, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTOR
   JORGE R COLLAZO SANCHEZ
   JOSE RAMON CARRION MORALES